# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 2008-0020 |
| v. | ) | |
| | ) | |
| AMON THOMAS, NATHANIEL | ) | |
| THOMAS, OKIMO MELIGAN, and | ) | |
| ANDREA SOTO | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

FINCH, SENIOR JUDGE

THIS MATTER comes before the Court on Defendant Okimo Meligan's Motion to Suppress Statement filed on January 13, 2008.  Defendant Okimo Meligan moves to suppress all statements he made at the time of his arrest.  An evidentiary hearing was held on January 26, 2009, at which time the Government conceded to Defendant's Motion.  It is hereby

**ORDERED** that Defendant Okimo Meligan's Motion to Suppress Statement is **GRANTED**.


**ENTERED this 26th day of January, 2009.**


                                           /s/
                            _____
                            **HONORABLE RAYMOND L. FINCH**
                            **SENIOR U.S. DISTRICT JUDGE**

.